IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50933
Summary Calendar
_____

LEONARDO U. ALMARAZ,

                                        Plaintiff-Appellant,

versus

SHIRLEY S. CHATER,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of
USDC No. SA-95-CA-289
- - - - - - - - - -
July 11, 1996

Before SMITH, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Leonardo U. Almaraz appeals from the district court's
judgment in a review of the denial of a claim for disability
insurance benefits and supplemental security income benefits.
She argues that the Commissioner's decision is not supported by
substantial evidence.  Succinctly, she challenges the
hypotheticals posed to the vocational expert by the
Administrative Law Judge (ALJ), a lack of opportunity to correct

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

deficiencies in the hypotheticals, the ALJ's failure to order a consultative examination to develop her complaints of depression and suicidal thoughts, the credit afforded the reports of orthopedic surgeons over the report of her treating chiropractor, and the ALJ's failure to order a consultative examination to pursue potential neurological problems. We have reviewed the record and the district court's decision and find no reversible error. See Almaraz v. Chater, No. SA-95-CA-289 (W.D. Tex. Nov. 21, 1995).

AFFIRMED.